DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN GATES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2441

[November 20, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Judge Caroline C. Shepherd, Judge; L.T. Case No. 50-2020-CF-006947-AXXX-MB.

Calvin Gates, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***